UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

American General Life
Insurance Company,

    Plaintiff,

        v.                               Case. No. 1:17cv584

Ohio Department of Medicaid, *et al.*,     Judge Michael R. Barrett

    Defendants.

## **ORDER**

    The Court, upon a review of the record, notes that the above-styled case was erroneously filed in the Southern District of Ohio, Western Division at Cincinnati.

    Pursuant to Local Rule 82.1, this case is hereby transferred from the docket of the Honorable Michael R. Barrett to the Office of the Clerk for reassignment to the Western Division of the Southern District of Ohio at Dayton.

    **IT IS SO ORDERED.**

                                                  *S/Michael R. Barrett*
                                                  Michael R. Barrett
                                                  United States District Judge